# COMMON PLEAS OF LACKAWANNA CO.

### WALSH vs. SYKES.

PRACTICE—JUDGMENT IN EJECTMENT OPENED—WRIT OF
RESTITUTION.

When a judgment by confession has been entered in an ejectment, and plaintiff put in possession on an habere facias possessionem, upon the judgment being opened and the issue found for defendant, a writ of restitution will be awarded.

Motion for writ of restitution to defendants.

Plaintiff brought an ejectment in the Common Pleas of Luzerne county, and immediately entered judgment on a warrant of attorney. An *habere facias possessionem* issued, under which he was put in possession.

Defendant applied to have the judgment opened, and to be let into a defence, which was granted.

The case was then referred under the act of 1869, and the referee found for the defendant. The county of Lackawanna having in the meantime been erected, the report was filed, and judgment entered in the old county. The case was then removed to the new county on the order of the court, according to the act of April, 1879, and the present application made.

*Archbald*, for the motion, relied upon
Adams on Eject. *252,

*Eo die.* THE COURT (HANDLEY, P. J., AND HAND, J.), award ed the writ.

[See further on writ of restitution; Tidd's Prac, 1033. For form of a writ. see Adams' Eject. App p. 479, form No. 41.]